IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

THOMAS SHELL and
RITA SHELL,

    Plaintiffs,

v.

Case No.: 51 2009 CA 1038 SWS

Division: G

GEO VERA SPECIALTY INSURANCE
SERVICES, INC.,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, the Plaintiffs, THOMAS SHELL and RITA SHELL (hereinafter referred to as "Plaintiffs"), by and through their undersigned counsel, and files this, their Complaint against the Defendant, GEO VERA SPECIALTY INSURANCE SERVICES, INC. (hereinafter referred to as "GEO VERA"), and as grounds therefore states as follows:

1. The amount in controversy in this action exceeds the sum of Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of pre-judgment interest, court costs, and attorneys' fees.

2. At all times relevant hereto, Plaintiffs, were residents of Pasco County, Florida, and owned the real property located at 4621 Murcross Lane, Pasco County, New Port Richey, Florida 34653 (hereinafter referred to as "The Insured Property").

3. At all times relevant hereto, the Defendant, GEO VERA, was and is an insurer in the State of Florida and which provided a policy of property insurance to Plaintiffs. Further, such policy of insurance was issued for delivery and delivered, in Pasco County, Florida and insured a Pasco County risk.

1

4. In consideration of the premium paid to it by Plaintiffs, Defendant issued to Plaintiffs in Pasco County, Florida, a Homeowners policy of insurance, Policy No. GH50020696 (hereinafter referred to as "The Policy"), which was in full force and effect at the time loss and damage occurred as a result of sinkhole activity to The Insured Property. A copy of The Policy is attached as "Exhibit A".

5. On or about May 23, 2007, The Insured Property suffered damages as a result of sinkhole activity.

6. The Policy extends coverage for damage to Plaintiffs' home, as well as other coverages, if The Insured Property is damaged by an insured peril such as a sinkhole and/or sinkhole activity.

7. In Florida, the work of adjusting insurance claims engages the Public Trust.

## BREACH OF CONTRACT

8. Plaintiffs reallege and incorporate paragraphs 1 through 7 as if fully set forth herein.

9. This is an action for damages for breach of an insurance contract against GEO VERA.

10. On or about May 23, 2007, Plaintiffs' insured home was damaged by sinkhole activity, and Plaintiffs suffered a substantial loss regarding their real property and continue to suffer such loss.

11. Plaintiffs notified GEO VERA of the loss and damage to The Insured Property.

12. Thereafter, GEO VERA, retained the services of Forensic Geotechnical Exploration (hereinafter referred to as "Forensic") to perform a subsidence investigation to determine the cause of the damage to The Insured Property.

13. Forensic prepared a written report of its findings and conclusions of its subsidence evaluation of The Insured Property dated August 1, 2007.

14. Purportedly in accordance with the terms of the subject insurance policy, Defendant indicated that it would be formally exercising its right to repair Plaintiff's home in lieu of tendering payment.

15. By virtue of Defendant's purported election to repair under the above-referenced insurance contract, a new repair contract arose by implication of law, under which Defendant was bound to restore Plaintiff's home within a reasonable time.

16. Defendant has breached the new repair contract, and thus the underlying insurance policy, by failing to effect repairs at the subject home that restore the damaged property to its pre-loss condition as to function and appearance.

17. Plaintiffs are entitled to full cost of repairs of the damage to the insured dwelling and property including, but not limited to: remediation of subsurface conditions, restoration of the foundation, cosmetic repair, repair of the cracks, structural repair, temporary repairs and other expenses necessary to repair the subject insured dwelling, and if the insured dwelling is not repairable within the applicable coverage limits, an amount equal to such limits for the total loss.

18. By electing to cover sinkhole loss as set forth in the insurance policy the Defendant contractually obligated itself to investigate and resolve sinkhole claims in a manner that is not inconsistent with the provisions of § 627.707 but which may provide benefits broader than those provided under § 627.707, and consistent with § 627.7011(3).

19. All conditions precedent to obtaining said benefits under the policy from Defendant have been complied with, met, or waived.

20. Plaintiffs, as a result of sinkhole activity underneath The Insured Property, have suffered damage to The Insured Property and as a direct result of GEO VERA's breach of its insurance contract; Plaintiffs have lost the full value and full benefit of their real property and continue to suffer such loss.

21. As a direct result of GEO VERA's failure to properly repair Plaintiff's home within a reasonable time, it has been necessary for Plaintiffs to incur and become obligated for attorneys' fees and costs in the prosecution of this action. Florida Statute §627.428, provides for the recovery of such attorneys' fees in the event of such need.

**WHEREFORE,** the Plaintiffs, THOMAS SHELL and RITA SHELL, pray this Court determine that Defendant, GEO VERA SPECIALTY INSURANCE SERVICES, INC. has breached its insurance contract, to enter an Order directing Defendant, GEO VERA SPECIALTY INSURANCE SERVICES, INC., to provide coverage and to pay, in full, their contractual and compensatory damages under the contract, to award pre-judgment interest on the amounts wrongfully withheld, to award the costs of this action, to award attorneys' fees pursuant to Florida Statute §627.428, and to grant such other and further relief as this Court may deem just and appropriate.

**FURTHER,** the Plaintiffs, THOMAS SHELL and RITA SHELL, request a trial by jury on all issues so triable.

        **THE THOMPSON TRIAL GROUP, P.A.**
        Attorneys for Plaintiffs
        14916 Casey Road
        Tampa, Florida 33624
        Telephone: 813.228.0044
        Facsimile: 813.962.8440

        By: _____
        THOMAS W. THOMPSON, ESQ.
        FBN: 0163376